UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THEAQUIATA ROBINSON,

    Plaintiff(s),

v.                                          Case No. 10-2785 & 10-2817

TIPTON COUNTY BOARD OF
EDUCATION,
    Defendant(s).

And

TIPTON COUNTY BOARD OF
EDUCATION,
    Plaintiff(s),
v.

THEAQUIATA ROBINSON AND BERNARD
TYRUS STURGIS,
    Defendant(s).
                                              /

**ORDER SETTING TELEPHONE STATUS CONFERENCE AND DIRECTING
COUNSEL TO SUBMIT CASE SUMMARY**

    The above captioned cases having been reassigned to this court for further proceedings, a Status Conference is hereby scheduled **BY TELEPHONE for May 11, 2012 at 10:30 am. [Eastern Standard Time].  THE COURT WILL INITIATE THE CALL.**

    Counsel are DIRECTED to confer and prepare a Joint Case Summary for the Court's review.  The summary should include a descriptive list of Plaintiff's Claims, Defendant's Responses, any pending discovery issues, all pending motions and a

proposed schedule. The summary is to be filed by Plaintiff on the court's docket no later than 3 days prior to the telephone conference.

          S/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated:  April 23, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 23, 2012, by electronic and/or ordinary mail.

          S/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522